IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEVEN WAYNE QUICK, #1243617,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-3950-L |
| | § | |
| **CHRISTOPHER CARTER, Senior Warden,** | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Petitioner Steven Wayne Quick's ("Petitioner") *pro se* writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed December 11, 2015. The case was referred to Magistrate Judge David L. Horan for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 14, 2015, recommending that the court dismiss Petitioner's writ of habeas corpus without prejudice to his right to file a motion for leave to file a successive 28 U.S.C. § 2244(b)(3) application with the Court of Appeals for the Fifth Circuit. Petitioner timely filed objections to the Report on December 28, 2015.

When a petition is deemed successive, the district court lacks subject matter jurisdiction unless a panel of the Fifth Circuit allows the successive petition to proceed. After reviewing the pleadings, file, record in this case, Petitioner's objections, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court **overrules** Petitioner's objections. Accordingly, the court **directs** the clerk of the

court to **transfer** the habeas petition in this case to the Fifth Circuit for determination, and **dismisses** this action for lack of subject matter jurisdiction.

    **It is so ordered** this 6th day of April, 2016.

                                                                                   Sam A. Lindsay
                                                                                   United States District Judge